RECEIVED

SEP 25 2017

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

RECEIVED

SEP 20 2017

Chambers of
Anne E. Thompson, U.S.D.J.

| | |
|---|---|
| RICHARD MARCUS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OCO BIOMEDICAL INC. d/b/a OCO BIOMEDICAL,<br><br>Defendant. | Case No.: 3:16-cv-01519-AET-LHG<br><br>**ORDER REOPENING AND REINSTATING THIS CASE** |

This matter having been reported settled as part of a global resolution with a case pending in the Central District of California against the same defendant herein, and the Court having administratively terminated the action and thereafter the Court having dismissed this action with prejudice,

IT IS on this _22nd_ day of September, 2017,

**ORDERED** that this matter be reopened and reinstated to permit the parties to transfer this matter to the Central District of California and thereafter consolidate this matter with the Central District of California matter involving OCO Biomedical Inc.; and it is further

**ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED."

IT IS SO ORDERED.

_____
ANNE E. THOMPSON United States District Judge